

**UNITED STATES DISTRICT COURT**
District of Connecticut
U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

**MEMORANDUM**

October 17, 2023

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

| | |
|---|---|
| **To:** | Michael P. Shea<br>Chief U.S. District Judge |
| **From:** | Kristin N. Moran<br>Sr. U.S. Probation Officer |
| **Subject:** | Aaron Pierpont Status Update<br>3:23CR00028(MPS) |

On August 17, 2023, Aaron Pierpont was presented before the Court for an initial presentment on a violation of supervised release. The defendant was directed by the Court to obtain additional information from his employer to include his duties at work, what Internet capable devices he has access to, and what other items he has been tasked with selling on Ebay. On September 21, 2023, the defendant emailed the owner, Gregory Spear, of Value Office Furniture in West Hartford, Connecticut, requesting this information.

As Mr. Pierpont was hospitalized from September 21, 2023, until October 2, 2023, the probation officer spoke directly with Gregory Spear to gather the requested information. Mr. Spear advised that the defendant was suspended for three days due to being unaccountable while on a job site the day prior, Septemebr 20, 2023. He advised that he is aware of Mr. Pierpont's offense and status as a registered sex offender. He advised that his job duties include going to sites to deliver/pick up furniture, but he is never sent alone. He is also tasked with office work to include selling items, customer service and inventory. He advised that overall, the defendant's productivity has been low, and he is hopeful that this intervention will help motivate him and get him back on track.

On September 25, 2023, Mr. Spear confirmed that the defendant does have an assigned computer at work for accessing the company website, their Ebay account, client accounts and other research/sales related functions. A review of Mr. Pierpont's computer revealed that it was also being accessed for personal reasons to include social media. Gregory Spear reported,

"Without authorization, he recently initiated selling some of our items on his own Facebook Marketplace account. We have our own account, but it's a long process getting our Marketplace account integrated with our e-commerce system so it's not quite functional yet. Nevertheless, I'm going to ask him to stop what he's doing. They're all kinds of potential problems with him using his personal account for this." Mr. Spear advised that he is going to reiterate to Mr. Pierpont that "company policy is to not use company computers for personal matters at all."

In response to the items sold on Ebay, Mr. Spear indicated that "He is in charge of selling anything that we pick up from our clean out/liquidation operations for businesses and that we can easily ship. It does include Internet capable items including an occasional PC or laptop and an occasional server. Mostly, however, it's computer monitors, furniture like office chairs, and electrical compontents for cubicle systems."

Mr. Spear indicated a willingness to allow Mr. Pierpont to return to work following his discharge from the hospital and will contact the probation officer with any concerns. Aaron Pierpont returned to work on October 3, 2023.