

# UNITED STATES DISTRICT COURT

### District of Connecticut

### U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

## <u>M E M O R A N D U M</u>

February 16, 2024

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**To:**  Michael P. Shea
Chief U.S. District Judge

**From:**  Kristin N. Moran
Sr. U.S. Probation Officer

**Subject:**  Aaron Pierpont Status Update
3:23CR00028(MPS)

On August 17, 2023, Aaron Pierpont was presented before the Court for an initial presentment on a violation of supervised release. The defendant was placed on the location monitoring program with a curfew and was directed by the Court to obtain additional information from his employer to include his duties at work, what Internet capable devices he has access to, and what other items he has been tasked with selling on Ebay. On September 25, 2023, the Court was provided a memo outlining the defendant's mental health status and location monitoring updates. On October 17, 2023, a status update was provided to the Court with Mr. Pierpont's employment information, Internet capable devices and employment duties. On November 15, 2023, the Court requested an additional status update to include the defendant's updated compliance and any personal Internet capable devices in his possession and whether or not they were equipped with monitoring software. On December 14, 2023, the Court requested a final status update addressing the defendant's progress, compliance and the results of the forensic examination of the seized laptop

Aaron Pierpont remains in possession of a Motorola G Power Android cellular telephone which is equipped with Internet monitoring software since the beginning of July 2023. A review of his internet activity reveals compliance with his conditions and treatment recommendations.

Additionally, Mr. Pierport has a Hewlett Packard Elite Book laptop computer, which was seized by the probation office on June 13, 2023. A forensic analysis has been completed and

results were received on January 24, 2024.  The report notes some concerning content and confirmed no images of child sexual abuse material.  This report has been provided in full under separate cover.  The defendant has elected to allow the probation office to keep possession of his laptop until he is able to become more financially secure with the costs of Internet monitoring.

As confirmed with the defenadnt's employer, Gregory Spear, the defendant was moved to part time employment in January 2024 due to slowing business.  Aaron Pierpont's hours remain 9am to 1pm and they have begun seeking alternative employment

Aaron Pierpont remains in compliance with his sex offense treatment provider. On January 26, 2024, Norb Spencer reported that he will be away for the month of February, but noted that Aaron is engaged in treatment and has been forthcoming with incidental minor contact.  He stated "I thought he did a good job observing and adjusting to potential risk situations." Further, he explained that prosocial events are beneficial to the defendant's self expression and sense of belonging.

The defendant also remains in compliance with his mental health treatment provider.  An update from Kris Robles on February 5, 2024, confirmed that Aaron Pierpont scheduled additional session in the absence of appointments with Norb Spencer during the month of February.  Kris Robles stated "They continue to struggle with suicidal ideation.  However, it's more due to stressful sitations with work, and feeling hopeless that they won't find a job that will make them feel good about themselves.  We continue to work on social skills, such as engaging in social situations when out as they continue to struggle with talking to with people. Overall, they continue to show positive strides and continue to come to sessions and reach out when needing support."