UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :
      :    CRIMINAL NO.: 3:23CR00028 (MPS)
v.      :
      :
AARON PIERPONT      :    November 24, 2025

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On November 24, 2025, the defendant appeared with counsel at a Compliance Review Hearing. At the conclusion of the Hearing, the Court modified the defendant's conditions of Supervised Release to include the following:

IT IS HEREBY ORDERED: The defendant shall be subject to home detention with GPS monitoring for a period of four months. The defendant is restricted to his residence at all times except for employment or job search; education; medical appointments; mental health, substance abuse, or sex-offense specific treatment sessions; court appearances; legal/probation visits; religious services; and other activities approved in advance by the Probation Office.

All aspects of the previously imposed conditions shall remain in effect.

Signed and dated at Hartford, Connecticut, on November 24, 2025.

/s/ MICHAEL P. SHEA

_____
Honorable Michael P. Shea
United States District Judge